partment. January 21, 1914.) Action by Karl Sakofsky against the Camden Fire Association and Emory Jones.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HOWARD and WOODWARD, JJ., dissent.

---

SAMUEL, Appellant, v. LIEBLER et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by Abraham Samuel against Theodore A. Liebler and another.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS and RICH, JJ., vote for reversal, on the ground that the verdict is against the weight of the evidence.

---

SANDERSE, Respondent, v. YORKSHIRE REALTY & CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1914.) Action by Cornelius Sanderse against the Yorkshire Realty & Construction Company. J. V. Bouvier, Jr., of New York City, for appellant. D. C. Hirsch, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

SAVAGE v. POTTER. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by John Savage, as president, against Henry A. Potter, as treasurer. No opinion. Motion denied, with $10 costs. Order filed. See, also, 145 N. Y. Supp. 78.

---

SCANLON, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) Action by Elizabeth T. Scanlon, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Order (79 Misc. Rep. 483, 140 N. Y. Supp. 65) affirmed, with $10 costs and disbursements.

MERRELL, J., not sitting.

---

SCHAEFFER, Appellant, v. SCHAEFFER, Respondent. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Cecelia Schaeffer against Raymond S. Schaeffer. No opinion. Motion for leave to appeal (from 144 N. Y. Supp. 774) to the Court of Appeals denied, without costs. There is no necessity for asking for leave to appeal in this case.

---

SCHARFF, Respondent, v. JACKSON, Appellant. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by William Scharff against John H. Jackson.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 153 App. Div. 934, 138 N. Y. Supp. 1140.

KELLOGG, J., dissents.

---

SCHELLING, Appellant, v. BROOKLYN, Q. C. & S. R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Jacob Schelling, as administrator, etc., against the Brooklyn, Queens County & Suburban Railroad Company and the Transit Development Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

SCHILLING, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) Action by Pauline Schilling against Grace Smith, as administratrix, etc., and another.

PER CURIAM. Judgment affirmed, with costs.

MERRELL, J., not sitting.

---

SCHIMEK v. BAUMAN. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Emma Schimek against Michael Bauman. No opinion. Application denied, with $10 costs. Order signed.

---

In re SCHOONMAKER et al. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) In the matter of the application of Adrian O. Schoonmaker and others for payment of award, etc. No opinion. Motion granted, without costs, and order signed. See, also, 158 App. Div. 944, 143 N. Y. Supp. 1143.

---

SCHWARTZ, Respondent, v. HOOKER ELECTRO CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by Julius Schwartz against the Hooker Electro Chemical Company.

PER CURIAM. Order modified, so as to permit plaintiff to have an inspection of the machine on which he was injured, and its several parts, on condition that plaintiff pay to defendant the expense of employing a machinist from the shops where said machine was made to take down the machine, and after the inspection to set it up again, also modified as to provisions as to photographs and models, and, as so modified, affirmed, without costs of this appeal to either party. Settle order before Mr. Justice Foote on two days' notice.

---

SCOTT et al., Respondents, v. McCLUNG, Mayor, et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 30, 1914.) Action by J. Bradley Scott and others against Benjamin McClung, as Mayor, etc., and others. No opinion. Judgment (78 Misc. Rep. 2, 137 N. Y. Supp. 661) affirmed, with costs.

---

SEAL et al., Respondents, v. MOORE et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 20, 1914.) Action by Harry E. Seal and others against